UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN WATERS, Individually and as Personal Representative of the Estate of NORMA WATERS, Deceased,<br>　　　　Plaintiff,<br><br>vs.<br><br>ANONYMOUS HOSPITAL A, ANONYMOUS DOCTOR B, ANONYMOUS DOCTOR C, ANONYOUS DOCTOR D, ANONYMOUS DOCTOR E, ANONYMOUS HOSPITAL F, ANONYMOUS MEDICAL GROUP G, ANONYMOUS DOCTOR H, ANONYMOUS DOCTOR I, ANONYMOUS DOCTOR J, ANONYMOUS DOCTOR K, UNITED STATES OF AMERICA,<br>　　　　Defendants. | 1:10-cv-00983-LJM-MJD |

## ENTRY OF JUDGMENT

Through an Order dated April 12, 2011, the Court dismissed without prejudice, plaintiff's, Kevin Waters, claim under the Federal Tort Claims Act, 28 U.S.C. § 2675, against defendant, United States of America. The Court remanded the remainder of plaintiff's claims to Vanderburgh County, Indiana, Circuit Court. Judgment is entered accordingly.

DATED this 14th day of April, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LARRY J. McKINNEY, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
　　　　Deputy Clerk

Distribution to:

R. Thomas Bodkin
BAMBERGER FOREMAN OSWALD & HAHN
tbodkin@bamberger.com

Thomas H. Bryan
FINE & HATFIELD
thb@fine-hatfield.com

Jeffrey L. Hunter
UNITED STATES ATTORNEY'S OFFICE
jeff.hunter@usdoj.gov

Mary Anne Pelic
BUNGER & ROBERTSON
mpelic@lawbr.com

Deborah K. Pennington
GARAU GERMANO HANLEY & PENNINGTON, P.C.
dpenning@gghplaw.com

Tracy S. Prewitt
O'BRYAN BROWN & TONER
prewittt@obtlaw.com

Margaret A. Schutte
UNITED STATES ATTORNEY'S OFFICE
margaret.schutte@usdoj.gov

James L. Whitlatch
BUNGER & ROBERTSON
jwhit@lawbr.com